## AFFIDAVIT OF MICHAEL A. TISIUS

I, Michael A. Tisius, after being duly sworn, declare under penalty of perjury the following to be true and correct to the best of my knowledge and belief:

1. I am over the age of 18 and am fully competent to make this affidavit.
2. I am an inmate housed in Potosi Correctional Center (PCC).
3. From my time in PCC, I know Johnny A. Johnson, who is another inmate housed at PCC. At one time, Johnny and I shared a cell.
4. I have witnessed Johnny harm himself, including removing chunks of skin and sticking needles into his body. I have observed him banging his head against a wall.
5. In my experience with Johnny, he does not manage his hygiene. He doesn't shower and is very dirty.
6. I currently share a cell wall with Johnny. On at least two occasions within the last few weeks, I have heard a repeating banging sound coming from our shared wall. It sounded to me like Johnny was banging something against the wall. I thought at the time he could be banging his head against the wall, because I have seen him do that before.
7. After one recent incident of hearing this sound, prison staff came to Johnny's cell door. They escorted Johnny out of his cell, and when they walked by, I could see that Johnny's head was bleeding. Seeing the blood on his head confirmed to me that the banging sound I had been hearing was Johnny banging his head against the wall.

EXHIBIT 8

*M.T.*
Initials

Page 1 of 3

AFFIDAVIT OF MICHAEL A. TISIUS

N/A

M.T.
Initials

Page 2 of 3

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury. This 3 day of June 2023.

_____
Michael A. Tisius

State of Missouri        )
                         )
                         )   SS:
                         )
County of Washington     )

On this 3 day of June 2023, before me, the undersigned notary, personally appeared Michael A. Tisius, known to me to be the person who signed the proceeding document in my presence and swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Notary Public: _____

My Commission Expires: 5/19/26

Commission # 22894005

JULIE TAYLOR
Notary Public - Notary Seal
Cass County - State of Missouri
Commission Number 22894005
My Commission Expires May 19, 2026

M.T.
Initials

Page 3 of 3