US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Johnny v. Vandergriff

**USCA#:**

**Case Number:** 4:23-CV-00845-MTS

**Plaintiff:** JOHNNY A. JOHNSON

**Defendant:** DAVID VANDERGRIFF

**Attorney (Plaintiff):**

Kent E Gipson (for pet)
121 E Gregory Blvd.
Kansas City, MO  64114
Ph:  816-363-4400   Fax:  816-363-4300
Email:  kent.gipson@kentgipsonlaw.com

Daniel E. Kirsch (for pet)
1000 Walnut
Suite 600
Kansas City, MO  64106
Ph:  816-471-8282   Fax:  816-471-8008
Email: daniel_kirsch@fd.org

Laurence E. Komp (for pet)
1000 Walnut
Suite 600
Kansas City, MO  64106
Ph:  816-471-8282   Fax:  816-471-8008
Email: laurence_komp@fd.org

**Attorney (Defendant):**

Andrew Clarke (for res)
P.O. Box 899
Jefferson City, MO  65102
Ph:  573-751-1546   Fax:
Email:  andrew.clarke@ago.mo.gov

Gregory Michael Goodwin (for res)
207 W. High St.
P.O. Box 899
Jefferson City, MO  65102-0899
Ph:  573-751-7017   Fax:  573-751-3825
Email:  gregory.goodwin@ago.mo.gov

**Court Reporter(s):** None

**Please return files and documents to:** Clerk for Eastern District of Missouri

**Person to contact about the appeal:** Jason Dockery at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None paid | GRANTED | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: Yes    Where: Potosi Correctional Center

**Please list all other defendants in this case if there were multiple defendants:**