# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 19, 2023

Mr. Kent E. Gipson
LAW OFFICE OF KENT GIPSON
121 E. Gregory Boulevard
Kansas City, MO  64114

Mr. Laurence E. Komp
Mr. Daniel E. Kirsch
Ms. Meredith Schlacter
Ms. Mandi Schenley
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 600
1000 Walnut Street
Kansas City, MO  64106-0000

RE:  23-2664  Johnny Johnson v. David Vandergriff

Dear Counsel:

The district court has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

An order appointing the Federal Public Defender's office to represent appellant will be sent under separate Notice of Docket Activity.

Mr. Gipson will receive a CJA appointment through the eVoucher electronic system with a login and password.  Instructions for preparing vouchers for payment may be found on the court's website at www.ca8.uscourts.gov/cja-information and from links in the eVoucher program. Submission of paper vouchers is not allowed.

Please note that this appointment covers your work for the appeal and any rehearing which might be filed. Compensation for paralegals, legal assistants and law students should be submitted separately on CJA Form 31. Any work pertaining to the filing of a petition for a writ of certiorari to the Supreme Court must be filed on a separate voucher, also obtained from the eVoucher program.

Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Procedures" page of our website.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

                                                 Michael E. Gans
                                                 Clerk of Court

AEV

Enclosure(s)

cc:    Mr. Andrew James Clarke
       Mr.  Clerk, U.S. District Court, Eastern District of Missouri
       Mr. Gregory Michael Goodwin
       Mr. Johnny A. Johnson
       Mr. Daniel Kirsch
       Habeas Unit Missouri Attorney General
       Ms. Mandi Schenley
       Ms. Meredith Schlacter

       District Court/Agency Case Number(s):   4:23-cv-00845-MTS

**Caption For Case Number:   23-2664**

Johnny A. Johnson

      Petitioner - Appellant

v.

David Vandergriff, Warden

      Respondent - Appellee

**Addresses For Case Participants:   23-2664**

Mr. Kent E. Gipson
LAW OFFICE OF KENT GIPSON
121 E. Gregory Boulevard
Kansas City, MO  64114

Mr. Laurence E. Komp
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 600
1000 Walnut Street
Kansas City, MO  64106-0000

Mr. Andrew James Clarke
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr.  Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Gregory Michael Goodwin
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr. Johnny A. Johnson
POTOSI CORRECTIONAL CENTER
534534
11593 State Highway O
Mineral Point, MO  63660-0000

Mr. Daniel Kirsch
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 600
1000 Walnut Street
Kansas City, MO  64106-0000

Habeas Unit Missouri Attorney General
ATTORNEY GENERAL'S OFFICE
221 W. High Street
P.O. Box 899
Jefferson City, MO  65102

Ms. Mandi Schenley
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 600
1000 Walnut Street
Kansas City, MO  64106-0000

Ms. Meredith Schlacter
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 600
1000 Walnut Street
Kansas City, MO  64106-0000

23-2664  Johnny Johnson v. David Vandergriff

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/19/2023

**Case Name:**    Johnny Johnson v. David Vandergriff
**Case Number:**  23-2664

**Docket Text:**
Death Penalty case docketed. [23-2664]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Mr. Johnny A. Johnson
POTOSI CORRECTIONAL CENTER
534534
11593 State Highway O
Mineral Point, MO  63660-0000

**Notice will be electronically mailed to:**

Mr. Andrew James Clarke: andrew.clarke@ago.mo.gov, whitney.wilson@ago.mo.gov
Mr. Kent E. Gipson: kent.gipson@kentgipsonlaw.com,
jennifer.hernandez@kentgipsonlaw.com,susan.cooper@kentgipsonlaw.com
Mr. Gregory Michael Goodwin: gregory.goodwin@ago.mo.gov
Mr. Daniel Kirsch: daniel_kirsch@fd.org, michael_badilla@fd.org
Mr. Laurence E. Komp: laurence_komp@fd.org,
michael_badilla@fd.org,julie_taylor@fd.org,brittany_anderson@fd.org
Habeas Unit Missouri Attorney General: habeas@ago.mo.gov
Ms. Mandi Schenley: mandi_schenley@fd.org
Ms. Meredith Schlacter: meredith_schlacter@fd.org